UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
ALISHA VITALE MILLER, Principal of
RACK'S BAR & GRILL, INC.,

                                                                                     *CIVIL ACTION NO.:*

                           Plaintiff,                      *1:12 cv 04371 (JHR) (AMD)*

    versus

STATE NATIONAL INSURANCE COMPANY and    **NOTICE OF CHANGE OF**
IMAGINE INSURANCE COMPANY LIMITED,       **ADDRESS**

               Defendants.
---------------------------------------------------------------X
RACK'S BAR & GRILL, INC.,

                           Plaintiff,

    versus

STATE NATIONAL INSURANCE COMPANY and
IMAGINE INSURANCE COMPANY LIMITED,

               Defendants.
---------------------------------------------------------------X

      **PLEASE TAKE NOTICE THAT,** effective October 15, 2012, Sedgwick LLP has changed its address from 125 Broad Street, 39th Fl., New York, NY 10004 to 225 Liberty Street, 28th Fl., New York, NY 10281. All future reference to the firm in this matter should be directed to Sedgwick LLP at 225 Liberty Street, 28th Fl., New York, NY 10281. The firm and its lawyers' phone numbers, fax numbers and email addresses have not been affected by this change.

Dated: New York, New York
       October 12, 2012

SEDGWICK LLP

By:       /s/
Jeffrey M. Winn (JW 6071)
Jeffrey W. Dillon (JD 5894)
125 Broad Street, 39th Floor
New York, New York 10004-2400
Telephone: (212) 422-0202
Facsimile: (212) 422-0925
*Attorneys for Defendants*
*State National Insurance Company, Inc. and*
*Imagine Insurance Company Limited*

TO:

John D. Borbi, Esq.
Robert A. Porter, Esq.
Bafundo, Porter, Borbi & Clancy, LLC
The Rothman Building
999 Route 73 North
Marlton, NJ 08053
*Attorneys For Plaintiff*
*Alisha Vitale Miller*

Mati Jarve, Esq.
Jarve Kaplan Granato LLC
10 Lake Center Executive Park
401 Route 73 North, Suite 204
Marlton, NJ 08053
*Attorneys For Plaintiff*
*Rack's Bar & Grill, Inc.*

## CERTIFICATE OF SERVICE

Undersigned hereby certifies that, on October 12, 2012, a true and correct copy of the foregoing, *State Notice of Change of Address,* was served via regular mail to the addresses listed below.

/s/ Jeffrey W. Dillon
~~JEFFREY M. WINN~~

TO:

John D. Borbi, Esq.
Robert A. Porter, Esq.
Bafundo, Porter, Borbi & Clancy, LLC
The Rothman Building
999 Route 73 North
Marlton, NJ 08053
*Attorneys For Plaintiff*
*Alisha Vitale Miller*

Mati Jarve, Esq.
Jarve Kaplan Granato LLC
10 Lake Center Executive Park
401 Route 73 North, Suite 204
Marlton, NJ 08053
*Attorneys For Plaintiff*
*Rack's Bar & Grill, Inc.*